UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:  Case no. 21-00714-hb

John Billings Aiken

## CONSENT ORDER

This matter comes before the Court upon the filing by the debtor, through counsel, of a Notice of Sale of his primary residence located at 6 Green Bank Road, Simpsonville, SC.

On November 23, 2021, U.S.Trust National Association, as Trustee for Lodge of the Lodge Series III Trust, a creditor in this matter, filed a Response to that Notice of Sale citing certain issues this party as a creditor would like to resolve prior to the Court entering its Order Approving the Sale of the Property.

The attorneys for both parties now come before the Court to enter this Consent Order resolving issues as follows:

1. Respondent's lien attaches to the proceeds of the sale;
2. Respondent's current payoff amount of $267,114.64 as of November 30, 2021, is to be paid in full within a reasonable period of time upon the sale of the property with a per diem rate of $36.07 per day;
3. The debtor/seller agrees and avers that Respondent is the holder of the first lien upon the property, and as such has a valid secured status.
4. Respondent's lien attaches to any and all proceeds from the sale of the property up to the full amount of Respondent's payoff as of the date of such sale, and Respondent's lien is in the first lien position and has secured status.

WE CONSENT:

/s/Robert H Cooper
Robert H Cooper, DCID#5670
150 Milestone Way, Ste B
Greenville, SC 29615
(864) 271-9911 Phone

/s/ J. Pamela Price
J. Pamela Price, DCID#14336
3550 Engineering Drive, Ste 260
Peachtree Corners, GA 30092
pprice@mtglaw.com